UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            Plaintiff            )<br>                                    )<br> vs.                            )<br>                                    )<br> Jose Rafael Gonzalez-Lopez )<br>           Defendant(s)      )<br>_____ ) | CRIMINAL NO. 08CR 568 W<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

**Delfino Hernandez-Rojas**

DATED: 2-28-08

ANTHONY J. BATTAGLIA

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                 DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
              by
                            Deputy Clerk