FILED
FEB 28 2008
U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. '08CR 568 W |
| Plaintiff, ) | INFORMATION |
| v. ) | Title 8, U.S.C., |
| JOSE RAFAEL GONZALEZ-LOPEZ, ) | Sec. 1324(a)(1)(A)(i) and (v)(II) - Bringing in Illegal Aliens and Aiding and Abetting |
| Defendant. ) | |

The United States Attorney charges:

On or about February 11, 2008, within the Southern District of California, defendant JOSE RAFAEL GONZALEZ-LOPEZ, with the intent to violate the immigration laws of the United States, did bring or attempt to bring into the United States an alien, namely, Juan Hernandez-Rojas, knowing that said person was an alien, at a place other than a designated port of entry and at a place other than as designated by the Department of Homeland Security; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i) and (v)(II).

DATED: 2/28/08

KAREN P. HEWITT
United States Attorney

JEFFREY D. MOORE
Assistant U.S. Attorney

JDM:mg:San Diego
2/14/08