

AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
|---|---|
| v. | |
| JOSE RAFAEL GONZALEZ-LOPEZ | CASE NUMBER: 08CR0568-W  08mj 0901 |

I, JOSE RAFAEL GONZALEZ-LOPEZ, the above-named defendant, who is accused of committing the following offenses:

Bringing in Illegal Aliens and Aiding and Abetting, in violation of Title 8, U.S.C., Secs. 1324(a)(1)(A)(i) and (v)(II),

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 28 February 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Defense Counsel

Before _____
Judicial Officer

FILED
FEB 2 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY           DEPUTY